IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL ZARATE,

    Petitioner,

v.

GREG LEWIS, Warden, et al.

    Respondents.
_____/

No. C 12-6143 CW (PR)

ORDER OF DISMISSAL

    Petitioner, a state prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his validation as a gang member and resulting indeterminate retention in the Secured Housing Unit (SHU) at Pelican Bay State Prison for more than twenty years. He seeks release from the SHU and expungement of the false information from his prison file. His arguments appear to be grounded in the First Amendment and the due process clause of the Fourteenth Amendment.

    On December 28, 2102, the Court dismissed the petition, finding that Petitioner's claims are not cognizable in federal habeas corpus because the relief he seeks would not necessarily shorten his sentence. See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003). The Court granted Petitioner leave to amend to file a civil rights complaint and pay the $350.00 filing fee or file an in forma pauperis application.

    More than thirty days have passed and Petitioner has not complied with the Court's order or otherwise communicated with the Court. Accordingly, this case is DISMISSED without prejudice.
//

The Clerk of the Court shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: 2/7/2013

CLAUDIA WILKEN
United States District Judge