IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL ZARATE,                                      No. C 12-6143 CW (PR)

    Petitioner,                                 JUDGMENT

  v.

GREG LEWIS, Warden, et al.
    Respondents.
_____/

For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice. Petitioner shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 2/7/2013

CLAUDIA WILKEN
United States District Judge